UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-11 RM |
| ) | |
| EVA LOPEZ (02) ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on September 1, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 90], ACCEPTS defendant Eva Lopez's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:   September 22, 2009


　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　United States District Court